IN RE RESIGNATION OF BARRAGATE.

[Cite as *In re Resignation of Barragate* (1992), 64 Ohio St.3d 1201.]

(No. 92–919—Submitted May 19, 1992—Decided May 21, 1992.)

The resignation of Phillip A. Barragate as an attorney, Registration No. 0008575, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.